**FILED**

SEP 17 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **1 : 25 CR    4 8 3** |
| v. | ) | CASE NO._____ |
| | ) | Title 21, United States Code, |
| LARRY CRENSHAW-BROADNAX, | ) | Section 841(a)(1), (b)(1)(A) and |
| | ) | (b)(1)(B) |
| Defendant. | ) | |

**JUDGE PEARSON**

COUNT 1
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1.      On or about June 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant LARRY CRENSHAW-BROADNAX did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 2
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2.      On or about June 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant LARRY CRENSHAW-BROADNAX did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 3
(Possession with Intent to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

3.     On or about June 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant LARRY CRENSHAW-BROADNAX did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 4
(Possession with Intent to Distribute Fentanyl, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

4.     On or about June 12, 2025, in the Northern District of Ohio, Eastern Division, Defendant LARRY CRENSHAW-BROADNAX did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

FORFEITURE

The Grand Jury further charges:

5.     For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, the allegations of Counts 1 and 2 are incorporated herein by reference.  As a result of the foregoing offenses, Defendant LARRY CRENSHAW-BROADNAX shall forfeit to the United States any and all property constituting or derived from any proceeds obtained directly or

2

indirectly as a result of such violations; and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.